CREDITOR MATRIX OF Y. ROGER YU

Newrez LLC
1100 Virginia Dr Suite 125
Fort Washington, PA, 19034

SHELLPOINT
PO BOX 10826
GREENVILLE, SC 29603-0826

DOUGLAS SYKES c/o SCHEER LAW GROUP, LLP
155 NORTH REDWOOD DR #100
SAN RAFAEL, CA 94903

FILED
JAN 11 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA