Form OFRDI

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Y. Roger Yu | Case No.: 23–50023 MEH 13 |
| Debtor(s) | Chapter: 13 |

## ORDER FOR INDIVIDUALS IN CHAPTER 13 CASE TO FILE REQUIRED DOCUMENTS AND NOTICE OF AUTOMATIC DISMISSAL

The debtor(s) named above failed to file the documents listed below when the case was commenced:

- ☑ Summary of Your Assets and Liabilities and Certain Statistical Information (Official Form 106Sum)
- ☑ Declaration About an Individual Debtor's Schedules (Official Form 106Dec)
- ☑ Schedule A/B: Property (Official Form 106A/B)
- ☑ Schedule C: The Property You Claim as Exempt (Official Form 106C)
- ☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D)
- ☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F)
- ☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G)
- ☑ Schedule H: Your Codebtors (Official Form 106H)
- ☑ Schedule I: Your Income (Official Form 106I)
- ☑ Schedule J: Your Expenses (Official Form 106J)
- ☑ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)
- ☑ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (122C–1)
- ☑ Chapter 13 Calculation of Your Disposable Income (122C–2)
- ☑ Chapter 13 Plan Effective 1/1/2023, Version 3

 IT IS HEREBY ORDERED that unless, within 14 days of the petition date, the debtor(s) file each document listed above, the court may dismiss this case without further notice or a hearing. 11 U.S.C. § 521(a), Fed. R. Bankr. P. 1007(b)(1), (c).

 The debtor(s) may request an extension of time to file the documents noted above, but must do so before 14 days from the petition date, or the expiration of any extension previously granted. The request may be filed electronically, mailed, or delivered in person to the address stated below, but it must be received by the court before the 14 days or any extension previously granted have expired. If an extension is granted and the documents are not filed, the case may be dismissed.

 IT IS FURTHER ORDERED the debtor(s) must provide payment advices directly to the trustee at least 7 days prior to the first date set for the meeting of creditors under 11 U.S.C. § 341. The debtor(s) is referred to the court's website for further details: https://www.canb.uscourts.gov/order/general–order–32–amended–payment–advices. 11 U.S.C. § 521(a)(1)(B)(iv), Fed. R. Bankr. P. 1007(b)(1), (c).

**Mailing Address:**
U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

**In person filing via Drop Box:**
U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

Dated: 1/11/23

By the Court:

M. Elaine Hammond
United States Bankruptcy Judge