# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–5 | User: admin | Date Created: 1/11/2023 |
| Case: 23–50023 | Form ID: OFRDI | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SJ      USTPRegion17.SJ.ECF@usdoj.gov
tr      Devin Derham–Burk      ctdocs@ch13sj.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Y. Roger Yu      115 College Ave      Mountain View, CA 94040

TOTAL: 1