**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| In Re: Y. Roger Yu | Case No.: 23–50023 |
| | Chapter: 13 |

**ORDER RE: CHAPTER 13 PLAN PAYMENTS**
**AND ADEQUATE PROTECTION PAYMENTS**

IT IS HEREBY ORDERED:

1. For Chapter 13 cases filed or converted to Chapter 13 on or after January 1, 2023, the initial plan payments by the debtor to the trustee is due 30 days after the petition or conversion date. After the initial plan payment to the trustee, regular plan payments must be received by the trustee not later than the 20th day of each month.

2. Beginning the calendar month following the filing of the petition, the adequate protection payments required by 11 U.S.C. § 1326(a)(1)(C) and the proposed plan shall be paid by the trustee, not the debtor, to the creditor. Adequate protection payments will be paid once the claim holder has filed a proof of claim.

3. If an ongoing mortgage/contract installment payment on a claim classified in Class 1 first falls due after the petition is filed and during the first calendar month of the case, the debtor shall make that installment payment directly to the Class 1 claim holder.

4. On appropriate motion, and after notice and a hearing, this order may be modified by the court.

Clerk, U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

Dated: 1/12/23

By the Court:

M. Elaine Hammond
United States Bankruptcy Judge

Revised January 1, 2023