United States Bankruptcy Court
Northern District of California

In re:                          Case No. 23-50023-MEH
Y. Roger Yu                 Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-5                User: admin                Page 1 of 1
Date Rcvd: Jan 11, 2023         Form ID: PMT             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Y. Roger Yu, 115 College Ave, Mountain View, CA 94040-1512 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 13, 2023           Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Devin Derham-Burk | ctdocs@ch13sj.com |
| Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |

TOTAL: 2

Form PMT

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Y. Roger Yu | Case No.: 23−50023 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## ORDER FOR PAYMENT OF FEES IN INSTALLMENTS

The above−named debtor(s) having filed application for permission to pay filing fees in this case in installments, IT IS ORDERED that the debtor(s) pay fees as follows:

| | | |
|---|---|---|
| Initial Payment | $0.00 paid upon filing | |
| Second Installment | $105.00 on or before | 2/10/23 |
| Third Installment | $105.00 on or before | 3/13/23 |
| Final Installment | $103.00 on or before | 4/11/23 |

IT IS FURTHER ORDERED that all payments be made to the Clerk of the United States Bankruptcy Court at the address shown below, and that until filing fees are paid in full, the debtor(s) shall pay no money and shall transfer no property to his/her attorney, his/her attorney shall accept no money or property from debtor(s) for services in connection with this case.

IT IS FURTHER ORDERED that any objections or motions for changes in the above fee schedule must be filed with Clerk at the address below and will be scheduled for hearing before the undersigned Bankruptcy Judge.

IT IS FURTHER ORDERED that if the installment payments are not timely made, or the entire fee is not paid, in accordance with the terms of this order, this case shall be dismissed without further notice or hearing.

Dated: 1/11/23

By the Court:

M. Elaine Hammond
United States Bankruptcy Judge

PAYMENTS MUST BE MADE IN THE EXACT AMOUNTS AS INDICATED ABOVE. COURT FEES MAY BE PAID ONLINE USING A DEBIT CARD, PAYPAL, OR ACH (BANK ACCOUNT TRANSFER) VIA PAY.GOV BY USING THE LINK ON THE COURTS WEBSITE AT WWW.CANB.USCOURTS.GOV. PAYMENTS MAY ALSO BE IN THE FORM OF A CASHIER'S CHECK OR MONEY ORDER MADE PAYABLE TO CLERK OF U.S. BANKRUPTCY COURT. NO PERSONAL CHECKS AND WE DO NOT ACCEPT CASH. PLEASE INCLUDE THE DEBTOR'S FULL NAME AND BANKRUPTCY CASE NUMBER WITH ALL PAYMENTS.

**Mailing Address:**
U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

**In person filing via Drop Box:**
U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113