ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

In re:

Y. ROGER YU,

           Debtor.

Case No.: 23-50023
Chapter 13

**NOTICE OF SUBSTITUTION OF ATTORNEY; CERTIFICATE OF SERVICE**

Judge: Hon. M. Elaine Hammond

**TO THE HONORABLE JUDGE M. ELAINE HAMMOND:** COMES NOW the Debtor herein, Y. ROGER YU, in Pro Per, and hereby substitutes in FARSAD LAW OFFICE, P.C., 1625 The Alameda, Suite 525, San Jose, CA 95126 (Attorneys Nancy Weng and Arasto Farsad), as his counsel of record in this Chapter 13 case.

I accept this substitution:

Dated: January 24, 2023                  FARSAD LAW OFFICE, P.C.
                                                   */s/ Arasto Farsad*
                                                   Arasto Farsad, Esq.
                                                   (NEW COUNSEL)

I consent to this substitution:

Dated: January 24, 2023

                                                   */s/ Y. Roger Yu*
                                                 Y. Roger Yu, In Pro Per
                                                 (FORMER COUNSEL)

I also consent to this substitution:

Dated: January 24, 2023

                                                 */s/ Y. Roger Yu*
                                                 Y. Roger Yu, Debtor

1

# CERTIFICATE OF SERVICE
*\*\*No Mail Service Required\*\**