ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Email addresses: nancy@farsadlaw.com;
farsadlaw1@gmail.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Y. ROGER YU,<br><br>              Debtor. | Case No. 23-50023<br>Chapter 13<br><br>**EX PARTE MOTION TO EXTEND TIME TO FILE BALANCE OF SCHEDULES, STATEMENTS, AND OTHER REQUIRED DOCUMENTS; CERTIFICATE OF SERVICE**<br><br>Judge: Hon. M. ELAINE HAMMOND<br><br>Case Filed: January 11, 2023<br>Requested Extension: February 10, 2023 |

**TO THE HONORABLE JUDGE M. ELAINE HAMMOND:**

    Comes now, Y. ROGER YU ("Debtor"), by and through his new counsel of record, Farsad Law Office, P.C., and hereby moves this Court for an extension of time to file the balance of Schedules, Statements, and Other Required Documents to complete his initial skeletal Chapter 13 case petition. (The Debtor filed the subject Chapter 13 case on January 11, 2023 and the original deadline to file the Schedules, Statements, and Other Required Documents is January 25, 2023.)

    As grounds for said motion, Debtor state as follows:

1

EX PARTE MOTION TO EXTEND
TIME TO FILE BALANCE OF SCHEDULES, STATEMENTS,
AND OTHER REQUIRED DOCUMENTS; CERTIFICATE OF SERVICE

The Debtors request additional time to file the Schedules, Statements, and Other Required Documents because the Debtor needs time to gather and submit all of their most recent financials (and files) to Debtor's recently retained counsel to allow for a detailed assessment of the current debts / claims / property.

The Debtor now respectfully requests an extension of time until **February 10, 2023** in order to file the remaining Schedules, Statements, and Other Required Documents

If this case were to be dismissed, the Debtor would be vulnerable to an active creditor's attempt to non-judicially foreclose on his real property located at 115 College Avenue in Mountain View.

Debtor requests that this motion be approved by the Court without a hearing. However, if the Court deems a hearing is necessary, the Debtor requests that a date and time for hearing be scheduled.

Respectfully submitted,

**FARSAD LAW OFFICE, P.C.**

Dated: January 24, 2023
*/s/ Arasto Farsad*
Arasto Farsad, Esq.
Attorneys for Debtor

2
EX PARTE MOTION TO EXTEND
TIME TO FILE BALANCE OF SCHEDULES, STATEMENTS,
AND OTHER REQUIRED DOCUMENTS; CERTIFICATE OF SERVICE

<u>COURT SERVICE LIST</u>
*\*\*No Mail Service Required\*\**

3

EX PARTE MOTION TO EXTEND
TIME TO FILE BALANCE OF SCHEDULES, STATEMENTS,
AND OTHER REQUIRED DOCUMENTS; CERTIFICATE OF SERVICE