

The following constitutes the order of the Court.
Signed: January 25, 2023

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

Y. ROGER YU,

                Debtor.

Case No. 23-50023 MEH

Chapter 13

## ORDER EXTENDING DEADLINE

On request of the debtor, and good cause appearing, the deadline to file the required documents is extended to close of business on February 10, 2023. In the event the debtor fails to timely file the above documents, this case may be dismissed without further notice or hearing.

**END OF ORDER**

**COURT SERVICE LIST**

All ECF Recipients