# Notice Recipients

District/Off: 0971−5  User: admin  Date Created: 1/27/2023
Case: 23−50023  Form ID: pdfpln  Total: 11

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SJ     USTPRegion17.SJ.ECF@usdoj.gov
tr       Devin Derham−Burk     ctdocs@ch13sj.com
aty     Arasto Farsad     farsadecf@gmail.com

                                                      TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Y. Roger Yu     115 College Ave     Mountain View, CA 94040
smg     State Board of Equalization     Attn: Special Procedures Section, MIC:55     P.O. Box 942879     Sacramento, CA 94279
smg     CA Employment Development Dept.     Bankruptcy Group MIC 92E     P.O. Box 826880     Sacramento, CA 94280−0001
smg     CA Franchise Tax Board     Attn: Special Procedures     P.O. Box 2952     Sacramento, CA 95812−2952
smg     IRS     P.O. Box 7346     Philadelphia, PA 19101−7346
15463014     Douglas Sykes     c/o Scheer Law Group, LLP     155 North Redwood Dr #100     San Rafael, CA 94903
15463012     Newrez LLC     1100 Virginia Dr Suite 125     Fort Washington, PA 19034
15463013     Shellpoint     PO Box 10826     Greenville, SC 29603−0826

                                                      TOTAL: 8