# Notice Recipients

District/Off: 0971−5　　　User: admin　　　Date Created: 1/27/2023
Case: 23−50023　　　Form ID: 309I　　　Total: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Y. Roger Yu | 115 College Ave | Mountain View, CA 94040 | |
| ust | Office of the U.S. Trustee / SJ | U.S. Federal Bldg. | 280 S 1st St. #268 | San Jose, CA 95113−3004 |
| tr | Devin Derham−Burk | P.O. Box 50013 | San Jose, CA 95150−0013 | |
| aty | Arasto Farsad | Farsad Law Office, P.C. | 1625 The Alameda, Suite 525 | San Jose, CA 95126 |
| smg | State Board of Equalization | Attn: Special Procedures Section, MIC:55 | P.O. Box 942879 | Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board | Attn: Special Procedures | P.O. Box 2952 | Sacramento, CA 95812−2952 |
| smg | IRS | P.O. Box 7346 | Philadelphia, PA 19101−7346 | |
| 15463014 | Douglas Sykes | c/o Scheer Law Group, LLP | 155 North Redwood Dr #100 | San Rafael, CA 94903 |
| 15463012 | Newrez LLC | 1100 Virginia Dr Suite 125 | Fort Washington, PA 19034 | |
| 15463013 | Shellpoint | PO Box 10826 | Greenville, SC 29603−0826 | |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 11