UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: Y. ROGER YU,

Debtor(s)

Bankruptcy No.: 23-50023
R.S. No.:
Hearing Date: February 16, 2023
Time: 2:30 pm

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/11/2023    Chapter: 13
    Prior hearings on this obligation: N/A    Last Day to File §523/§727 Complaints: N/A

(B) Description of personal property collateral (e.g. 1983 Ford Taurus): N/A

   Secured Creditor [ ] or lessor [ ]
   Fair market value: $_____    Source of value: _____
   Contract Balance: $_____    Pre-Petition Default: $_____
   Monthly Payment: $_____    No. of months: _____
   Insurance Advance: $_____    Post-Petition Default: $_____
                                   No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): 1047 Cherry Street, San Carlos, CA 94070 ("Cherry Street Property")

   Fair market value: $850,000.00*    Source of value: _____    If appraisal, date: _____
   *Debtor, through prior counsel informed Movant that the Property has been deemed uninhabitable by the City and the cost to bring it into compliance would exceed any equity in the Property.
   Moving Party's position (first trust deed, second, abstract, etc.): 2nd Deed of Trust

   Approx. Bal. $350,769.50    Pre-Petition Default: $ Matured
   As of (date): Matured    No. of months: Matured
   Mo. payment: $ Matured    Post-Petition Default: $ Matured
   Notice of Default (date): 06/09/2022    No. of months: Matured
   Notice of Trustee's Sale: 09/13/2022    Advances Senior Liens: $ N/A

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   | Position | | Amount | Mo. Payment | Defaults |
   |---|---|---|---|---|
   | 1st Trust Deed: | Mortgage Electronic Registration Systems, Inc., solely as nominee for HSBC Bank USA, N.A. | $ 650,000.00 | $ Not Available | $ Not Availalble |
   | 2nd Trust Deed: | Movant | $ 350,769.50 | $ Matured | $ 350,769.50 |
   | | _____ : | | | |
   | | _____ : | | | |
   | | _____ : | | | |
   | (Total) | | $ 1,000,769.50 | | |

(D) Other pertinent information: Movant's loan matured on December 1, 2022 and is all due and payable. Debtor and his co-conspirators have engaged in a scheme to hinder, delay, and defraud Movant and to unlawfully stall Movant's valid foreclosure. The Debtor and his co-conspirators have filed three bankruptcies purportedly affecting the Property in the last five (5) months. Further, these parties have filed two (2) state court cases seeking to stall foreclosure. In addition, the Debtor and his co-conspirators have filed six (6) bankruptcies and seven (7) state court actions affecting the same scheme on three other properties Movant has an interest in. Those actions and properties are the subject of other motions before this Court.

Dated: 02/01/2023

/s/ Reilly D. Wilkinson
Signature
Reilly D. Wilkinson
Print or Type Name

Attorney for Movant