JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
SCHEER LAW GROUP, LLP
155 N. REDWOOD DRIVE, SUITE 100
SAN RAFAEL, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
DS.200-005S-D

Attorneys for Movant
Douglas G. Sykes, his successors and/or assignees

# UNITED STATES BANKRUPTCY COURT FOR

## THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re: | Bk. No. 23-50023-MEH |
| Y. ROGER YU, | Chapter 13 |
| Debtor. | NOTICE OF HEARING |
| | Hearing-<br>Date: February 16, 2023<br>Time: 2:30<br>Place: United States Bankruptcy Court<br> 280 South First Street<br> Courtroom 11<br> San Jose, CA 95113-3099<br>**VIA VIDEO OR TELECONFERENCE** |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on February 16, 2023, at 2:30 pm, at the United

States Bankruptcy Court, 280 South First Street, Courtroom 11, San Jose, CA 95113-3099, via

video or teleconference, the undersigned will bring on for Preliminary Hearing the attached

Motion for Relief from Automatic Stay before the Honorable M. Elaine Hammond, United

States Bankruptcy Judge. **All interested parties should consult the Bankruptcy Court's**

**website at www.canb.uscourts.gov for information about court operations during the**

**COVID-19 pandemic. The Bankruptcy Court's website provides information regarding**

**how to arrange a telephonic or video appearance. If you have any questions regarding how**

**to appear at a court hearing, you may contact the Bankruptcy Court by calling (888) 821-**

| | |
|---|---|
| 1 | **7606 or by using the Live Chat feature on the Bankruptcy Court's website.** Counsel, |
| 2 | parties, and other interested parties may attend the hearing in person or by Zoom, additional |
| 3 | information is available on Judge Hammond's Procedures page on the court's website, and |
| 4 | information on how to attend the hearing by Zoom will be provided under Judge Hammond's |
| 5 | calendar, posted no later than seven (7) days prior to the hearing date. Although no written |
| 6 | response is required, your failure to appear in person or through counsel at the above noticed |
| 7 | hearing may result in the Court granting the relief requested in the motion. |

SCHEER LAW GROUP, LLP

Date: February 1, 2023                                   /s/ Reilly D. Wilkinson
                                                        Reilly D. Wilkinson