```
 1  JOSHUA L. SCHEER #242722
    REILLY D. WILKINSON #250086
 2  SCHEER LAW GROUP, LLP
    155 N. REDWOOD DRIVE, SUITE 100
 3  SAN RAFAEL, CA  94903
    Telephone:  (415) 491-8900
 4  Facsimile:  (415) 491-8910
    DS.200-005S-D
 5

 6  Attorneys for Movant
    Douglas G. Sykes, his successors and/or assignees
 7
```

UNITED STATES BANKRUPTCY COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Bk. No. 23-50023-MEH |
| Y. ROGER YU, | Chapter 13 |
| Debtor. | <u>CERTIFICATE OF SERVICE BY MAIL</u> |
| | Hearing-<br>Date:  February 16, 2023<br>Time: 2:30 pm<br>Place: United States Bankruptcy Court<br>            280 South First Street<br>            Courtroom 11<br>            San Jose, CA 95113-3099<br>**VIA VIDEO OR TELECONFERENCE** |

I, Alani Gaytan, declare that:

I am employed in the County of Orange, State of California.  I am over the age of 18 and am not a party to the within action; my business address is 85 Argonaut, Suite 202, Aliso Viejo, CA 92656.

On February 2, 2023, I served the within NOTICE OF HEARING; MOTION FOR RELIEF FROM THE AUTOMATIC STAY; DECLARATION OF DOUGLAS G. SYKES IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY, EXHIBITS, MEMORANDUM OF POINTS AND AUTHORITIES, AND RELIEF FROM STAY COVER SHEET on the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Aliso Viejo, California, addressed as follows:

///

///

| | |
|---|---|
| 1 | **DEBTOR**<br>Y. Roger Yu<br>115 College Ave<br>Mountain View, CA 94040 |
| 2 | |
| 3 | |
| 4 | **CHAPTER 13 TRUSTEE**<br>Devin Derham-Burk<br>P.O. Box 50013<br>San Jose, CA 95150-0013 |
| 5 | |
| 6 | **UNITED STATES TRUSTEE**<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |
| 7 | |
| 8 | |
| 9 | **SENIOR LIENHOLDER**<br>Mortgage Electronic Registration Systems, Inc.,<br>solely as nominee for HSBC Bank USA, N.A.<br>c/o Agent for Service of Process<br>C T Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| 10 | |
| 11 | |
| 12 | |
| 13 | **INTERESTED PART**<br>Yolanda Jin<br>1047 Cherry Street<br>San Carlos, CA 94070 |
| 14 | |

[ X ]   (By Mail [Federal])  I placed such envelope with postage thereon fully prepaid in the United States mail at Aliso Viejo, California.

[ ]   (By Mail [State])  I am readily familiar with SCHEER LAW GROUP, LLP's practice for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address shown above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

[ ]   (By Personal Service) I caused such envelope to be delivered by hand to the addressee(s).

[ X ]   Executed on February 2, 2023, at Aliso Viejo, California.

[ X ]   (State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ X ]   (Federal)  I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

                                                         /s/ Alani Gaytan<br>
                                                         Alani Gaytan