ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails: farsadlaw1@gmail.com
nancy@farsadlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Y. ROGER YU,<br><br>                     Debtor | Case No. 23-50023 MEH<br><br>Chapter 13<br><br>**DECLARATION OF ARASTO FARSAD, ESQ., IN SUPPORT OF MOTION TO CONVERT CASE FROM A CHAPTER 13 TO A CHAPTER 11 (UNDER 11 U.S.C. Sections 706(a) or 1112(a))**<br><br>**JUDGE: HON. M. ELAINE HAMMOND** |

      I, Arasto Farsad, am the major partner of Farsad Law Office, P.C. ("Firm"), the attorney of record for the Y. Roger Yu, the Debtor in the instant case. I have personal and first-hand knowledge of the facts and statements contained herein. If called upon as a witness in a court of law, I could and would competently testify to the following:

1. The Debtor, as a Pro Se filer, filed this Chapter 13 on January 11, 2023 in the Northern District of California as an emergency petition in order to stop the foreclosure of the Debtor's primary residence located at 115 College Avenue, Mountain View, CA 94040 ("Property").

2. My Firm was retained and substituted into the instant case to represent the Debtor on January 24, 2023.

3. I was able to review the documents and information that was provided and determined that, in order to not violate 109 (e) limits while continuing to maintain bankruptcy protection, the Debtor should convert his Chapter 13 to a Chapter 11. (All of the required schedules / documents were filed on time pursuant to a granted motion for extension of time.)

4. I counseled the Debtor to do so in order to responsibly deal with his creditors with good faith through a proposed Chapter 11 Plan of Reorganization.

5. I believe the Debtor has no intention of defrauding his creditors or hindering the bankruptcy process. I am aware of prior filings, lawsuits / "drama" but after several discussions with the Debtor, believe that it can all be attributed to Pro Se inexperience / the lack of counsel and not malfeasance.

6. I believe the emergency Chapter 13 filing was filed in good faith and trust that the Debtor can pursue a Chapter 11 responsibly and diligently.

7. I also hereby state that the Debtor's subject case has not previously been converted.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed February 15, 2023 at San Jose, California.

/s/ Arasto Farsad
Arasto Farsad, Esq.,