ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails: farsadlaw1@gmail.com
nancy@farsadlaw.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>Y. ROGER YU,<br><br>            Debtor. | Case No. 23-50023 MEH<br><br>Chapter 13<br><br>**NOTICE OF MOTION TO CONVERT CASE FROM A CHAPTER 13 TO A CHAPTER 11 AND OF OPPORTUNITY TO REQUEST HEARING; CERTIFICATE OF SERVICE**<br><br>JUDGE: HON. M. ELAINE HAMMOND |

**TO THE HONORABLE JUDGE M. ELAINE HAMMOND, THE UNITED STATES TRUSTEE'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA, THE CHAPTER 13 TRUSTEE, THE MOVANT, ALL OTHER PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S) OF RECORD:** PLEASE TAKE NOTICE that the Debtor has filed a Motion to Convert Case from a Chapter 13 to a Chapter 11 (Under 11 U.S.C. Sections 706(a) or 1112(a)) ("Motion") A copy of the Motion is filed concurrently with this Notice.

PLEASE TAKE FURTHER NOTICE that, pursuant to B.L.R. 9014, you have fourteen (14) days from the date of service of this Notice to object to this Motion.

Any such objection must be filed with the Clerk of the United States Bankruptcy Court at 280 South 1st Street, Room 3035, San Jose CA 95113, and shall be served upon the Chapter 13 Trustee (Devin Derham Burk), the United States Trustee, and the Debtor's Attorney.

Notice of Motion to Convert Case from a Chapter 13 to a
Chapter 11 and Opportunity to Request Hearing; Certificate of Service - 1

Case: 23-50023   Doc# 40   Filed: 02/15/23   Entered: 02/15/23 09:20:08   Page 1 of 5

If an objection is timely made, the Debtor shall set the matter for hearing and give notice of the date of the hearing to the objecting party, the Chapter 13 Trustee and the United States Trustee.

If an objection is not timely made, the Court may enter an Order converting the case from a Chapter 13 proceeding to a Chapter 11 proceeding.

Respectfully submitted,

Dated: February 15, 2023

FARSAD LAW OFFICE, P.C.

/s/ Arasto Farsad
Arasto Farsad, Esq.
Attorneys for Debtor

Notice of Motion to Convert Case from a Chapter 13 to a
Chapter 11 and Opportunity to Request Hearing; Certificate of Service - 2
Case: 23-50023   Doc# 40   Filed: 02/15/23   Entered: 02/15/23 09:20:08   Page 2 of 5

# CERTIFICATE OF SERVICE

I am at least 18 years of age and not a party to the within action; my business address is FARSAD LAW OFFICE, P.C., 1625 The Alameda, Suite 525, San Jose, CA 95126. On **February 15, 2023,** I served the interested parties (as indicated below) with the documents described as follows:

1. **NOTICE OF MOTION TO CONVERT CASE FROM A CHAPTER 13 TO A CHAPTER 11 and OPPORTUNITY TO REQUEST HEARING; PROOF OF SERVICE;**
2. **MOTION TO CONVERT CASE FROM A CHAPTER 13 TO A CHAPTER 11 (UNDER 11 U.S.C. Sections 706(a) or 1112(a)); and**
3. **DECLARATION OF ARASTO FARSAD, ESQ., IN SUPPORT OF MOTION TO CONVERT CASE FROM A CHAPTER 13 TO A CHAPTER 11 (UNDER 11 U.S.C. Sections 706(a) or 1112(a)).**

**BY USPS FIRST CLASS MAIL:** By placing true copies thereof enclosed in a sealed envelope with prepaid postage and addressed to all addressees on the attached **Court Creditor List / Matrix**.

**BY NOTICE OF ELECTRONIC FILING:** I also caused to be served the above-described documents by means of electronic transmission via the Notice of Electronic Filing through the Court's transmission facilities, to the following parties and/or counsel who are registered CM/ECF users. **All CM/ECF registered participants**.

I declare under penalty of perjury that the above statements are true and accurate.

Executed on **February 15, 2023,** at **San Jose**, California.

*/s/ Arasto Farsad*
Arasto Farsad

Notice of Motion to Convert Case from a Chapter 13 to a
Chapter 11 and Opportunity to Request Hearing; Certificate of Service - 3
Case: 23-50023    Doc# 40    Filed: 02/15/23    Entered: 02/15/23 09:20:08    Page 3 of 5

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 23-50023<br>California Northern Bankruptcy Court<br>San Jose<br>Wed Feb 15 07:08:41 PST 2023 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Devin Derham-Burk<br>P.O. Box 50013<br>San Jose, CA 95150-0013 | Douglas Sykes<br>c/o Scheer Law Group, LLP<br>155 North Redwood Dr #100<br>San Rafael, CA 94903-1966 | Arasto Farsad<br>Farsad Law Office, P.C.<br>1625 The Alameda, Suite 525<br>San Jose, CA 95126-2224 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | James Lee<br>P.O. Box 20224<br>Seattle, WA 98102-1224 |
| Justin Lin<br>1053 E. Meadow Circle<br>Palo Alto, CA 94303 | MCLP Asset Company, Inc. c/o<br>NewRez LLC dba Shellpoint Mortgage Servi<br>PO Box 10826<br>Greenville SC 29603-0826 | Newrez LLC<br>1100 Virginia Dr Suite 125<br>Fort Washington, PA 19034-3235 |
| Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Shellpoint<br>PO Box 10826<br>Greenville, SC 29603-0826 |
| (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | Taylor Chen<br>1525 MIramonte Ave., #3082<br>Los Altos, CA 94024-9001 | (p)U S ATTORNEY'S OFFICE NORTHERN DISTRICT<br>450 GOLDEN GATE AVENUE<br>9TH FLOOR<br>SAN FRANCISCO CA 94102-3419 |
| Wei Wang<br>No. 3388 Zhoujiazui Rd., Bldg. 8<br>Shanghai, China | Reilly Wilkinson<br>Scheer Law Group<br>155 N Redwood Dr. #100<br>San Rafael, CA 94903-1966 | Y. Roger Yu<br>115 College Ave<br>Mountain View, CA 94040-1512 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| PNC Bank<br>P.O. Box 1820<br>Dayton, OH 45401 | State Board of Equalization<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3400 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Douglas G. Sykes

End of Label Matrix  
Mailable recipients    20  
Bypassed recipients     1  
Total                  21