Arasto Farsad, Esq. (SBN 273118)
Nancy Weng, Esq. (SBN 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: (408) 641–9966
Fax: (408) 866–7334
Email Addresses: farsadlaw1@gmail.com
nancy@farsadlaw.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Y. ROGER YU,<br><br>Debtor. | Case No. 23-50023 MEH<br>Chapter 7<br><br>**DECLARATION OF BEN YU IN SUPPORT OF OPPOSITION TO MOTION FOR RELIEF FROM STAY**<br><br>Date: February 16, 2023<br>Time: 2:30 p.m.<br>Place: Either in person at 280 S. 1st St., Courtroom 11, San Jose, CA 95113 OR by Tele / Video Conference<br><br>**Judge: Honorable M. Elaine Hammond** |

I, Ben Yu, am the Debtor's relative in the instant case. I have personal knowledge of the information contained herein and, if called upon to testify, could and would do so competently. I hereby declare as follows:

1. I live at 115 College Ave., Mountain view, CA 94040 (my "home"). I am a 50% owner. Roger Yu, my relative, the Debtor in this bankruptcy case, owns the other 50%. Only Roger is on the mortgages. I work as an uber driver full time.

2. During the pandemic stay-at-home orders in 2020, Roger was heavily into trading cryptocurrency. He took out a second mortgage on my home with Douglas Sykes. By 2022, the crypto market had crashed and as a result, Roger lost all of his life savings.

3. Roger went into a deep depression after losing all of his own and his investors' monies. This money included Douglas Sykes' loans. When my home was hit with the Notice of Trustee's Sale ("NTS") by Douglas Sykes in October of 2022, I panicked and filed a lawsuit to stop the foreclosure / attempted foreclosure of my home researching who to stop foreclosures on google.

4. The case I filed is identified as Santa Clara Superior Court Case number 22CV404291 and is titled Ben Yu v. Entra Default Solutions, LLC. (Entra being the foreclosure trustee.) It was filed on October 10, 2022.

5. My Complaint alleged that:

    A. I had never received the NOD as a co-owner;

    B. the foreclosure trustee Entra Default Solutions, LLC was not a party to the subject deed of trust; that he did not know who they were and, therefore, they should not be able to foreclose;

    C. I did not borrow any money from the Movant so how can they foreclosure on my home; and

    D. I sued the foreclosure trustee (Entra Default Solutions, LLC) and not the right party who actually foreclosing on the Property-i.e., Douglas Sykes. Without counsel to advise me, these legal arguments failed miserably as I have no legal background or training.

6. I continued the case in Pro Per, sought a temporary restraining order to stop the foreclosure. That TRO was denied based on a lack of proof of service and adherence to local Ex Parte rules.

7. After not being successful at my State Court Lawsuit, I filed a bankruptcy to invoke the stay and stop Douglas Sykes from taking my home.

-2-

Case No. 23-50023 MEH

DECLARATION OF BEN YU IN SUPPORT OF OPPOSITION TO MOTION FOR RELIEF FROM STAY

Case: 23-50023    Doc# 43    Filed: 02/15/23    Entered: 02/15/23 13:19:51    Page 2 of 4

8. Having failed miserably at my short-lived state court endeavors because I had no idea what I was doing, on October 26, 2022, I filed a skeletal, Chapter 13 bankruptcy under case number 22-50976 SLJ in Pro Per in order to stave off the foreclosure of the Property. I never filed bankruptcy before that case and the case was automatically dismissed two weeks later on November 10, 2022 for a failure to file documents / schedules. I am an uber driver and have no background in the law, and I was so confused I did not even know where to begin to find an attorney for this type of thing.

9. I filed a second bankruptcy case under case number 22-51110 MEH. This case was also in Pro Per and a skeletal petition. In this case, I also filed an Ex Parte Motion to Extend Time to File Case Opening Documents on December 23, 2023 (Dkt. No. 14) as well as an Ex Parte Motion to Extend the Automatic Stay on January 21, 2023 (Dkt No. 21) citing that I was previously unaware of the court deadlines and that I was trying to find an attorney to help me proceed with the case. Douglas Sykes opposed the extension and asserted that there had not been the necessary 'substantial change in circumstances' to warrant the requested extension of stay. The Court agreed there was no substantial change in my circumstance to warrant an extension because I used the wrong forms and finding an attorney was not a substantial change in circumstance.

10. I begged Roger to take proactive steps and help stop the foreclosure and save our home -- since I had very little knowledge of the loan and the events surrounding it.

11. Roger finally got involved and filed his first state court lawsuit on January 10, 2023 under case number 23CV409727, in Santa Clara Superior Court, in Pro Per after I failed at both my State Court case and bankruptcies.

1. I declare under penalty of perjury the foregoing is true and correct.

Executed on February 15, 2023, at San Jose, California.

/s/ Ben Yu
Ben Yu
Relative of Debtor

-3- Case No. 23-50023 MEH

DECLARATION OF BEN YU IN SUPPORT OF OPPOSITION TO MOTION FOR RELIEF FROM STAY

case number 22-50976 SLJ in Pro Per in order to stave off the foreclosure of the Property. I never filed bankruptcy before that case and the case was automatically dismissed two weeks later on November 10, 2022 for a failure to file documents / schedules. I am an uber driver and have no background in the law, and I was so confused I did not even know where to begin to find an attorney for this type of thing.

9. I filed a second bankruptcy case under case number 22-51110 MEH. This case was also in Pro Per and a skeletal petition. In this case, I also filed an Ex Parte Motion to Extend Time to File Case Opening Documents on December 23, 2023 (Dkt. No. 14) as well as an Ex Parte Motion to Extend the Automatic Stay on January 21, 2023 (Dkt No. 21) citing that I was previously unaware of the court deadlines and that I was trying to find an attorney to help me proceed with the case. Douglas Sykes opposed the extension and asserted that there had not been the necessary 'substantial change in circumstances' to warrant the requested extension of stay. The Court agreed there was no substantial change in my circumstance to warrant an extension because I used the wrong forms and finding an attorney was not a substantial change in circumstance.

10. I begged Roger to take proactive steps and help stop the foreclosure and save our home -- since I had very little knowledge of the loan and the events surrounding it.

11. Roger finally got involved and filed his first state court lawsuit on January 10, 2023 under case number 23CV409727, in Santa Clara Superior Court, in Pro Per after I failed at both my State Court case and bankruptcies.

1. I declare under penalty of perjury the foregoing is true and correct.

Executed on February 15, 2023, at Mountain View, California.

*Ben Yu*
BEN YU