| | |
|---|---|
| 1 | Kristin A. Zilberstein, Esq. (SBN: 200041) |
| 2 | PADGETT LAW GROUP |
| | 546 Silicon Dr., Suite 103 |
| 3 | Southlake, TX 76092 |
| | (850) 422-2520 Office |
| 4 | (850) 422-2567 Fax |
| 5 | Kris.Zilberstein@Padgettlawgroup.com |
| 6 | Attorney for Secured Creditor |
| | MCLP Asset Company, Inc., its successors and/or assignees |
| 7 | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO.: 23-50023 |
| | ) | |
| Y. Roger Yu aka Yintao Yu | ) | CHAPTER 13 |
|     Debtor (s). | ) | |
| | ) | **REQUEST FOR SPECIAL** |
| | ) | **NOTICE PURSUANT TO** |
| | ) | **BANKRUPTCY RULES 2002, 9014** |
| | ) | **AND 7004** |
| | ) | |
| | ) | Judge: M. Elaine Hammond |
| | ) | |

    PLEASE TAKE NOTICE that Padgett Law Group has been retained by MCLP Asset Company, Inc., its successors and/or assignees in the above-referenced bankruptcy case.

    Padgett Law Group and MCLP Asset Company, Inc., its successors and/or assignees hereby request special notice of matters which must be noticed pursuant to the Bankruptcy Local Rules at the following address:

Kristin A. Zilberstein, Esq. (SBN: 200041)
PADGETT LAW GROUP
546 Silicon Drive, Suite 925
Southlake, Texas 76092
Kris.Zilberstein@Padgettlawgroup.com

Any appearances or filings of other documents in the instate case shall not constitute a waiver of FRBP 7004. MCLP Asset Company, Inc., its successors and/or assignees must be served directly and does not authorize Padgett Law Group to act as its agent for purposes of service under FRBP 7004.

Dated: February 21, 2023         PADGETT LAW GROUP

/s/ Kristin A. Zilberstein
Kristin A. Zilberstein, Esq.
Counsel for MCLP Asset Company, Inc., its successors and/or assignees

| | |
|---|---|
| 1 | Kristin A. Zilberstein, Esq. (SBN: 200041) |
| 2 | PADGETT LAW GROUP |
|   | 546 Silicon Dr., Suite 103 |
| 3 | Southlake, TX 76092 |
|   | (850) 422-2520 Office |
| 4 | (850) 422-2567 Fax |
| 5 | Kris.Zilberstein@Padgettlawgroup.com |
| 6 | Attorney for Secured Creditor |
|   | MCLP Asset Company, Inc., its successors and/or assignees |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO.: 23-50023 |
|  | ) |  |
| Y. Roger Yu aka Yintao Yu | ) | CHAPTER 13 |
| Debtor. | ) |  |
|  | ) |  |
|  | ) | **CERTIFICATE OF SERVICE OF** |
|  | ) | **REQUEST FOR SPECIAL** |
|  | ) | **NOTICE** |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) | Honorable M. Elaine Hammond |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**CERTIFICATE OF SERVICE**

On February 21, 2023, I served the foregoing documents described as REQUEST FOR SPECIAL NOTICE, on the following individuals by depositing true copies thereof in the United States first class mail at Tallahassee, FL, enclosed in a sealed envelope, with postage page addressed as follows:

| | |
|---|---|
| 1 | COUNSEL FOR DEBTOR |
| 2 | Arasto Farsad |
|   | Farsad Law Office, P.C. |
| 3 | 1625 The Alameda, Suite 525 |
|   | San Jose, CA 95126 |
| 4 | |
| 5 | TRUSTEE |
|   | Devin Derham-Burk |
| 6 | Chapter 13 Trustee |
|   | P.O. Box 50013 |
| 7 | San Jose, CA 95150-0013 |
| 8 | |
|   | DEBTOR |
| 9 | Y. Roger Yu |
|   | 115 College Ave |
| 10| Mountain View, CA 94040 |

**I declare under penalty of perjury in the United States of America that the foregoing is true and correct.**

                                                   /s/ Angelica D. Reyes
                                                   Angelica D. Reyes