DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

UNITED STATES BANKRUPTCY COURT

IN RE:

Y ROGER YU

Debtor

CHAPTER 13
CASE NO. 23-50023 MEH

**STATEMENT ADJOURNING 341(a)**
**MEETING OF CREDITORS**
**Fed. R. Bankr. P. 2003(e)**

The 11 U.S.C. Section 341(a) meeting of creditors scheduled for February 27, 2023 at 9:30 am will be continued to:

**DATE:**  March 20, 2023               **LOCATION:**   TELEPHONIC
**TIME:**   9:30 am

**The meeting will be conducted via telephone conference call.**

**Call-in Information:**

Dial-in Numbers:  1-210-280-6593 or 877-939-6323

Passcode:  5069972

Participants should not call in until the scheduled meeting time.  Phone lines should be muted until the case is called and the Trustee requests that appearances be stated on the record.

If further continuances become necessary, Debtor and counsel for Debtor will be notified by mail.  Creditors and all other interested parties should refer to the court docket for updated information.

# CERTIFICATE OF SERVICE BY MAIL

I hereby declare that I am over the age of 18 years, not a party to the within cause; my business address is 105 Cooper Ct, Los Gatos, CA 95032. I served a copy of the Notice of Continuance of Meeting of Creditors by placing same in an envelope in the U.S. Mail at Los Gatos, California on February 28, 2023. Said envelopes were addressed as follows:

Y ROGER YU
115 COLLEGE AVE
MOUNTAIN VIEW, CA 94040


          /s/ Nicole Costa
    Office of Devin Derham-Burk, Trustee

In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.