DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

MARILYN YOUNG

                    Debtor(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Chapter 13
Case No.  23-50023 MEH

TRUSTEE'S OBJECTION TO CONFIRMATION
WITH CERTIFICATE OF SERVICE

Continued 341 Meeting Date: MARCH 20, 2023, AT
9:30 AM
Confirmation Hearing Date: MARCH 16, 2023
Confirmation Hearing Time: 1:30 PM
Place: Telephonic or Video Only

Judge: M. Elaine Hammond

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this Plan for the

following reasons:

1.  The Debtor has failed to appear and/or submit to examination under oath at the meeting of

    creditors under 11 U.S.C. §341(a).  Without conducting this examination, the Trustee is

    unable to adequately investigate the Debtor's financial affairs as she is required to do

    pursuant to 11 U.S.C. §1302(b)(1) (incorporating 11 U.S.C. §704(a)(4)).  In addition, until

    the Debtor is examined by the Trustee, she is unable to recommend confirmation of the

    Debtor's plan.  The Trustee requests that the Debtor appear at a rescheduled meeting of

    creditors.

Case: 23-50023    Doc# 51    Filed: 03/02/23    Entered: 03/02/23 16:11:47    Page 1 of 3

1    2. The Debtor has failed to provide the Trustee with either or both 1) a government-issued

2    photo identification, or 2) proof of a social security number. *See* 11 U.S.C. §521(h).

3    Without being able to establish the identity of the Debtor, the Trustee is unable to

4    adequately investigate the financial affairs of the Debtor or recommend confirmation. The

5    Trustee requests that the Debtor provide her with verification of both identity and social

6    security number.

7

8

9    Dated: March 2, 2023                         /S/ Devin Derham-Burk

10

11                                        Chapter 13 Trustee

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE BY MAIL**

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032.  I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on March 2, 2023.

Said envelopes were addressed as follows:

| | |
|---|---|
| Y ROGER YU<br>115 COLLEGE AVE<br>MOUNTAIN VIEW, CA 94040 | FARSAD LAW OFFICES, P.C.<br>1625 THE ALAMEDA #525<br>SAN JOSE, CA 95126 |

/S/  Tania Ribeiro
Office of Devin Derham-Burk, Trustee