ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Email addresses: nancy@farsadlaw.com;
farsadlaw1@gmail.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

In re:

Y. ROGER YU,

    Debtor.

Case No. 23-50023 MEH
Chapter 13

**NOTICE OF HEARING ON THE COURT'S CONTESTED CALENDAR REGARDING THE OPPOSITION TO DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. SECTION 706(a) OR 1112(a); PROOF OF SERVICE**

Date: April 6, 2023
Time: 1:30 p.m.
Place: U.S. Courthouse, 280 South 1st Street, **Courtroom 11**, San Jose CA 95113**

**Hearing to be conducted in person in the courtroom but Counsel / interested parties may appear by Zoom and instructions on doing so are provided below

**Judge: Hon. M. Elaine Hammond**

TO THE HONORABLE JUDGE M. ELAINE HAMMOND, THE UNITED STATES TRUSTEE'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA, THE STANDING CHAPTER 13 TRUSTEE, ALL PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S) OF RECORD: Please be advised that there will be a hearing on the Court's Contested Calendar regarding the OPPOSITION TO DEBTOR'S MOTION TO

CONVERT CASE UNDER 11 U.S.C. SECTION 706(a) OR 1112(a) ("Opposition") scheduled for **1:30 p.m. on April 6, 2023** before the Honorable Judge M. Elaine Hammond.

The Motion to Convert Case from a Chapter 13 to a Chapter 11 (Under 11 U.S.C. Sections 706(a) or 1112(a)) (with a Notice of Opportunity for Hearing) was filed on February 15, 2023 at case docket # 38, and the Opposition was filed on March 1, 2023, at case docket number #50, by Interested Persons / Creditors Douglas G. Sykes, by and through Mr. Sykes's counsel, Mr. Reilly D. Wilkinson of the Scheer Law Group, LLP. Said hearing is being set based on the Opposition.

**PLEASE BE ADVISED THAT:** (1) counsel, parties, and other interested parties may attend the hearing in person or by Zoom; (2) additional information is available on Judge Hammond's Procedures page on the court's website, and (3) information on attending the hearing by Zoom will be provided on Judge Hammond's calendar (https://www.canb.uscourts.gov/judge/hammond/calendar), posted no later than seven (7) days prior to the hearing date.

**PLEASE TAKE FURTHER NOTICE** that any party opposing the Motion must appear personally or by counsel at the hearing and <u>may</u> file responsive pleadings, points and authorities and declarations. FAILURE TO APPEAR AT THE HEARING MAY RESULT IN ANY OBJECTION(S) BEING OVERRULED / THE MOTION MAY BE GRANTED.

Respectfully submitted,
FARSAD LAW OFFICE, P.C.

Dated: <u>March 2, 2023</u>

*/s/ Arasto Farsad*
Arasto Farsad, Esq.
Attorneys for Debtor

## PROOF OF SERVICE

I am NOT a party to the within action; my business address is **FARSAD LAW OFFICE, P.C., 1625 The Alameda, Suite 525, San Jose, CA 95126**. On **March 2, 2023**, I served the interested parties with the document(s) described as follows:

**1. NOTICE OF HEARING ON THE COURT'S CONTESTED CALENDAR REGARDING THE OPPOSITION TO DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. SECTION 706(a) OR 1112(a); PROOF OF SERVICE,**

**BY USPS FIRST CLASS MAIL:** By placing true copies thereof enclosed in a sealed envelope with postage fully pre-paid addressed to all addressees on the attached **Court Creditor Matrix** as well as the addressee listed below. The envelopes were deposited in the United States Post Office in **San Jose**, California.

**BY ELECTRONIC TRANSMISSION:** I also caused to be served the above-described documents by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the following parties and/or counsel who are registered ECF users: **All CM/ECF registered participants.**

Executed on **March 2, 2023**, at **San Jose**, California.

I declare under penalty of perjury that the above statements are true and accurate.

*/s/ Arasto Farsad*
Arasto Farsad

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 23-50023<br>California Northern Bankruptcy Court<br>San Jose<br>Thu Mar  2 16:54:50 PST 2023 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Devin Derham-Burk<br>P.O. Box 50013<br>San Jose, CA 95150-0013 | Douglas Sykes<br>c/o Scheer Law Group, LLP<br>155 North Redwood Dr #100<br>San Rafael, CA 94903-1966 | Arasto Farsad<br>Farsad Law Office, P.C.<br>1625 The Alameda, Suite 525<br>San Jose, CA 95126-2224 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | James Lee<br>P.O. Box 20224<br>Seattle, WA 98102-1224 |
| Justin Lin<br>1053 E. Meadow Circle<br>Palo Alto, CA 94303 | LoanCare, LLC<br>ALDRIDGE PITE, LLP<br>8880 Rio San Diego Drive, Suite 725<br>San Diego, CA 92108-1619 | MCLP Asset Company, Inc. c/o<br>NewRez LLC dba Shellpoint Mortgage Servi<br>PO Box 10826<br>Greenville SC 29603-0826 |
| Newrez LLC<br>1100 Virginia Dr Suite 125<br>Fort Washington, PA 19034-3235 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| Josephine E. Salmon<br>Aldridge Pite, LLP<br>8880 Rio San Diego Drive<br>Ste 725<br>San Diego, CA 92108-1619 | Shellpoint<br>PO Box 10826<br>Greenville, SC 29603-0826 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 |
| Taylor Chen<br>1525 MIramonte Ave., #3082<br>Los Altos, CA 94024-9001 | (p)U S  ATTORNEY'S OFFICE   NORTHERN DISTRICT<br>450 GOLDEN GATE AVENUE<br>9TH FLOOR<br>SAN FRANCISCO CA 94102-3419 | Wei Wang<br>No. 3388 Zhoujiazui Rd., Bldg. 8<br>Shanghai, China |
| Reilly Wilkinson<br>Scheer Law Group<br>155 N Redwood Dr. #100<br>San Rafael, CA 94903-1966 | Y. Roger Yu<br>115 College Ave<br>Mountain View, CA 94040-1512 | Kristin A. Zilberstein<br>Padgett Law Group<br>546 Silicon Dr., Suite 103<br>Southlake, TX 76092-7511 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| PNC Bank<br>P.O. Box 1820<br>Dayton, OH 45401 | State Board of Equalization<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3400 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Douglas G. Sykes       (u)MCLP Asset Company, Inc.        End of Label Matrix
                                                             Mailable recipients   23
                                                             Bypassed recipients    2
                                                             Total                 25