JaVonne M. Phillips, Esq. SBN 187474
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811
jphillips@mccarthyholthus.com

Attorneys for PNC Bank, National Association, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: | Case Number: 23-50023 MEH |
| **Y. Roger Yu aka Yintao Yu**, | |
| | Chapter: 13 |
| Debtor. | |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by PNC Bank, National Association, its assignees and/or successors in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
(877) 369-6122

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. PNC Bank, National Association, its assignees and/or successors must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 3/8/2023                                McCarthy & Holthus, LLP

                                               By:  /s/ JaVonne M. Phillips

| | |
|---|---|
| 1 | JaVonne M. Phillips, Esq., |
| 2 | Attorneys for PNC Bank, National Association, its assignees and/or successors |