```
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
SCHEER LAW GROUP, LLP
155 N. REDWOOD DRIVE, SUITE 100
SAN RAFAEL, CA  94903
Telephone:  (415) 491-8900
Facsimile:  (415) 491-8910
DS.200-005S-C
```



The following constitutes the order of the Court.
Signed: March 9, 2023

_M. Elaine Hammond_
_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

Attorneys for Movant
Douglas G. Sykes, his successors and/or assignees

UNITED STATES BANKRUPTCY COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Bk. No. 23-50023-MEH |
| Y. ROGER YU AKA YINTAO YU, | Chapter 13 |
| Debtor. | **ORDER APPROVING STIPULATION TO CONTINUE EVIDENTIARY HEARINGS** |
| | Continued Hearing:<br>Date:   05/09/23<br>Time:  9:00 a.m.<br>Ctrm:  11 |

The Court, after reviewing and determining that the parties were agreeable to entry of the STIPULATION TO CONTINUE EVIDENTIARY HEARINGS ("**Stipulation**") [Dkt. #55] entered into by DOUGLAS G. SYKES ("**Movant**"), by and through his counsel, REILLY D. WILKINSON of SCHEER LAW GROUP, LLP and Y. ROGER YU, ("**Debtor**"), through his counsel ARASTO FARSAD of the FARSAD LAW OFFICE, P.C., and good cause appearing, the following is hereby made an Order of this Court:

      IT IS ORDERED that date and time for the evidentiary hearings of Movant's MFRS (all of them), shall be continued from March 15, 2023 at 9:00 am to May 9, 2023 at 9:00 am.  On full day shall be reserved for trial.  The reason why the parties request this additional time is to participate in a deposition of the Debtor.

IT IS FURTHER ORDERED that that no later than seven days prior to the evidentiary hearings each party must (1) provide the other party with (but not file) copies of all exhibits such party intends to introduce into evidence, excluding exhibits to be used soley for impeachment, and of any summaries or compilations to be introduced under Fed. R. Evid. 1006; and (2) serve and file a witness list (for case in chief only).

IT IS FURTHER ORDERED that that parties that wish to submit a trial brief must, no later than 5 days prior to the evidentiary hearing, serve and file a brief. Trial briefs are optional.

IT IS FURTHER ORDERED that that the parties shall submit all exhibits in electronic format three days prior to trial (except those solely for impeachment). The exhibits may be submitted to courtroom deputy Anna Rosales by email or thumb drive. Each exhibit shall be pre-marked by the proponent prior to the hearing. Movant's exhibits shall be numbered and Debtor's exhibits shall be lettered. The parties may stipulate to use joint exhibits and to the manner in which they will be designated.

IT IS FURTHER ORDERED that no later than three days prior to the trial the parties must meet and confer regarding the matters in the following paragraph:

> At the commencement of the trial, the parties shall be prepared to stipulate into evidence all exhibits that are admissible for at least one purpose, and as to which there is no dispute as to authenticity or the ability of the opposing party to lay a foundation.

IT IS FURTHER ORDERED that that pursuant to Fed. R. Bankr. P. 7016 and Fed. R. Civ. P. 16(f), any failure of a party to comply timely with this order may result in judgment against such party, removal of the hearing from calendar, exclusion of evidence, or imposition of monetary or non-monetary sanctions.

IT IS SO ORDERED.

***END OF ORDER***

**COURT SERVICE LIST**