ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
2905 Stender Way, Suite 76
Santa Clara, CA 95054
Tel: 408-641-9966
Fax: 408-866-7334
Emails addresses: farsadlaw1@gmail.com; nancy@farsadlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Y. ROGER YU,<br><br>Debtor. | Case No.: 23-50023 MEH<br>Chapter 13<br><br>**WITHDRAWAL OF NOTICE OF HEARING ON MOTION TO CONVERT CASE TO CHAPTER 11**<br><br>Date: April 6, 2023<br>Time: 1:30 p.m.<br>Place: U.S. Courthouse, 280 South 1st Street, Courtroom 11, San Jose CA 95113\*\*<br>\*\*Hearing to be conducted in person in the courtroom but Counsel / interested parties may appear by Zoom<br><br>**Judge: Hon. M. Elaine Hammond** |

**TO THE HONORABLE JUDGE M. ELAINE HAMMOND, THE STANDING CHAPTER 13 TRUSTEE, ALL PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S) OF RECORD:**

PLEASE TAKE NOTICE THAT the Debtor, Y. Roger Yu, and the Farsad Law Office, P.C., hereby withdraw the NOTICE OF HEARING ON THE COURT'S CONTESTED

CALENDAR REGARDING THE OPPOSITION TO DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. SECTION 706(a) OR 1112(a) (Dkt. No. 52.).

The parties in the instant case have been conferring and a settlement has been reached (and a Motion to Approve the Settlement is forthcoming) thereby making the hearing scheduled for April 6, 2023, moot. The Parties would like to thank the Court for their assistance.

DATED: April 4, 2023          Respectfully submitted,

By: */s/ Nancy Weng*
       NANCY WENG, ESQ.
       Attorneys for Debtor

CERTIFICATE OF SERVICE
*\*No Mail Service Required\*\**