ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Email addresses: nancy@farsadlaw.com; farsadlaw1@gmail.com

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Y. ROGER YU,<br><br>           Debtor. | Case No.: 23-50023-MEH<br>Chapter 13<br><br>**DECLARATION OF DEBTOR IN SUPORT OF MOTION TO APPROVE CONFIDENTIAL SETTLEMENT AGREEMENT (RE: FOUR SECURED CLAIMS)**<br><br>Date: May 11, 2023<br>Time: 10:00 a.m.<br>Place: U.S. Courthouse, 280 South 1st Street, Courtroom 11, San Jose CA 95113\*\*<br><br>\*\*Hearing to be conducted in person in the courtroom but Counsel / interested parties may appear by Zoom and instructions on doing so are provided below<br><br>**Before: Hon. M. Elaine Hammond**<br><br>Judge: Honorable M. Elaine Hammond |

1

Declaration of Debtor in Support of Motion
to Approve Confidential Settlement Agreement                              Case No. 20-50023 MEH

Case: 23-50023   Doc# 69   Filed: 04/17/23   Entered: 04/17/23 13:41:24   Page 1 of 3

**TO THE HONORABLE JUDGE M. ELAINE HAMMOND, THE TRUSTEE'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S) OR RECORD:**

I, ROGER YU, am the Debtor in the instant case. I have personal knowledge of the information contained herein and, if called upon to testify, could and would do competently. I declare as follows:

1. On January 11, 2023, I filed my bankruptcy petition under Chapter 13 of the Bankruptcy Code, in the Northern District of California, case number 23-50023-MEH.

2. I am the Trustee of certain Trusts and the borrower on four (4) separate notes that are secured by four (4) separate deeds of trust, against four (4) separate properties:

    A. 115 College Avenue, Mountain View, CA 94040 ("College Avenue Property");

    B. 1047 Cherry Street, San Carlos, CA 94070 ("Cherry Street Property");

    C. 36500 Alder Court, Fremont, CA 94536 ("Alder Court Property"); and

    D. 37591 3rd Street, Fremont, CA, 94536 ("3rd Street Property").

3. The College Avenue Property, Cherry Street Property, Alder Court Property and 3rd Street Property are collectively referred to herein as "the Properties".

4. On February 2, 2023, Mr. Douglas Sykes ("Secured Creditor") filed four (4) separate motions for relief relating to the Properties ("MFRs") requesting in rem relief pursuant to 11 U.S.C. § 362(d)(4) at case docket #'s 19, 22, 27 and 30 (re: all four Properties).

5. Also on February 2, 2023, I moved to convert said case to a Chapter 11 via Motion filed at case docket # 38.

6. On February 15, 2023, I opposed the Motion(s) for Relief (mainly for the College Avenue Property only) and a hearing was held on February 16, 2023. At that time, the Court set an evidentiary hearing / trial for March 15, 2023.

7. We conducted some discovery and agreed to more time to hold the evidentiary hearing / trial -- and a final hearing is scheduled to take place on May 9, 2023.

8. As of February 2023, my counsel(s) and creditor's counsel have been working on a potential global settlement / release of all claims and in particular, something that would deal with these debts as well (to extinguish the Party's relationships with one another).

9. A deal aka the Agreement was finally reached last week among all parties- including certain individuals in my family that have claims in the Properties that Secured Creditor has claims against.

10. A true and correct copy of the executed Agreement will be filed "under seal" for the Honorable Court's review once the Court has granted this Motion to Approve Confidential Settlement Agreement. All parties have agreed to a confidential settlement and accordingly do not wish the terms to be posted on the public case docket.

11. I don't want to break the terms of the confidential agreement by accidentally filing it on the case docket and so we're filing an application to seal it / trying to obtain an order sealing the document before it goes up. This will ensure that this deal which was very hard to get will be intact.

12. I would like to thank the Court for all of the help to date and hope it will honor my request to approve this confidential settlement agreement.

I declare under penalty of perjury that the information contained herein is true and accurate.

Dated: April 17, 2023

*/s/ Y. Roger Yu*
Y. Roger Yu
Debtor herein