Arasto Farsad, Esq. (SBN #273118)
Nancy Weng, Esq. (SBN #251215)
**FARSAD LAW OFFICE, P.C**.
1625 The Alameda Suite 525
San Jose CA 95126
Tel: (408) 641-9966
Fax: (408) 866-7334
Email addresses: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Y. ROGER YU,<br><br>      Debtor. | Case No.: 23-50023-MEH<br>Chapter 13<br><br>**NOTICE OF HEARING ON MOTION TO APPROVE CONFIDENTIAL SETTLEMENT AGREEMENT (RE: FOUR SECURED CLAIMS); CERTIFICATE OF SERVICE**<br><br>Date: May 11, 2023<br>Time: 10:00 a.m.<br>Place: U.S. Courthouse, 280 South 1st Street, Courtroom 11, San Jose CA 95113\*\*<br><br>\*\*Hearing to be conducted in person in the courtroom but Counsel / interested parties may appear by Zoom and instructions on doing so are provided below<br><br>**Before: Hon. M. Elaine Hammond** |

**TO THE HONORABLE JUDGE M. ELAINE HAMMOND, THE CHAPTER 13 TRUSTEE'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION, ALL PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S) OF RECORD:**

PLEASE TAKE NOTICE THAT the Debtor by and through his counsel of record, FARSAD LAW OFFICE, P.C., has filed a MOTION TO APPROVE CONFIDENTIAL SETTLEMENT AGREEMENT (RE: FOUR SECURED CLAIMS) **("MOTION")** in the instant Chapter 13 Case and set the Motion for hearing on **May 11, 2023 at 10:00 a.m.**

**PLEASE BE ADVISED THAT:** (1) counsel, parties, and other interested parties may attend the hearing in person or by Zoom; (2) additional information is available on Judge Hammond's Procedures page on the court's website, and (3) information on attending the hearing by Zoom will be provided on Judge Hammond's calendar (https://www.canb.uscourts.gov/judge/hammond/calendar), posted no later than seven (7) days prior to the hearing date.

Unless a party in interest desires to contest this MOTION, no appearance is required. If you do wish to contest this MOTION, you must file written opposition with this Court at least seven (7) days prior to the hearing date and you must appear at the Court on the day of the hearing pursuant to LBR 9014; otherwise, the Court may enter an order granting the MOTION without further consideration.

Respectfully submitted,

Executed on **April 17, 2023** at **San Jose**, California

*/s/ Nancy Weng, Esq.*
Nancy Weng
Attorneys for Debtor

# CERTIFICATE OF SERVICE

I am a NOT party to the within action; my business address is FARSAD LAW OFFICE, P.C., 1625 The Alameda, Suite 525, San Jose CA 95126. On **April 17, 2023,** I served the interested parties with the document(s) described as follows:

1. **NOTICE OF HEARING ON MOTION TO APPROVE CONFIDENTIAL SETTLEMENT AGREEMENT (RE: FOUR SECURED CLAIMS); CERTIFICATE OF SERVICE; and**
2. **MOTION TO APPROVE CONFIDENTIAL SETTLEMENT AGREEMENT (RE: FOUR SECURED CLAIMS); and**
3. **DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO APPROVE CONFIDENTIAL SETTLEMENT AGREEMENT (RE: FOUR SECURED CLAIMS),**

**BY USPS FIRST CLASS MAIL:** By placing true copies thereof enclosed in a sealed envelope with prepaid postage addressed to all addresses on the attached **Court Creditor Matrix**. The envelope was deposited with the United States Post Office at **San Jose**, California.

**BY NOTICE OF ELECTRONIC FILING:** I caused to be served the above-described document(s) by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the following parties and/or counsel who are registered ECF users: **All CM/ECF registered participants.**

I declare under penalty of perjury that the above statements are true and correct.

Executed on **April 17, 2023,** at **San Jose**, California.

FARSAD LAW OFFICE, P.C.

*/s/ Arasto Farsad*
Arasto Farsad
Attorneys for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 23-50023<br>California Northern Bankruptcy Court<br>San Jose<br>Mon Apr 17 12:36:56 PDT 2023 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Theron S. Covey<br>Robertson, Anschutz, Schneid & Crane LLP<br>350 10th Avenue, Suite 1000<br>San Diego, CA 92101-8705 | Devin Derham-Burk<br>P.O. Box 50013<br>San Jose, CA 95150-0013 | Douglas Sykes<br>c/o Scheer Law Group, LLP<br>155 North Redwood Dr #100<br>San Rafael, CA 94903-1966 |
| Arasto Farsad<br>Farsad Law Office, P.C.<br>1625 The Alameda, Suite 525<br>San Jose, CA 95126-2224 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| James Lee<br>P.O. Box 20224<br>Seattle, WA 98102-1224 | Justin Lin<br>1053 E. Meadow Circle<br>Palo Alto, CA 94303 | LoanCare, LLC<br>ALDRIDGE PITE, LLP<br>8880 Rio San Diego Drive, Suite 725<br>San Diego, CA 92108-1619 |
| LoanCare, LLC<br>3637 Sentara Way<br>Virginia Beach, VA 23452-4262 | MCLP Asset Company, Inc. c/o<br>NewRez LLC dba Shellpoint Mortgage Servi<br>PO Box 10826<br>Greenville SC 29603-0826 | Newrez LLC<br>1100 Virginia Dr Suite 125<br>Fort Washington, PA 19034-3235 |
| Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PNC Bank, National Association<br>c/o McCarthy & Holthus, LLP<br>2763 Camino Del Rio South, Suite 100<br>San Diego, CA 92108-3708 |
| JaVonne M. Phillips<br>McCarthy & Holthus, LLP<br>2763 Camino Del Rio South<br>San Diego, CA 92108-3708 | Josephine E. Salmon<br>Aldridge Pite, LLP<br>8880 Rio San Diego Drive<br>Ste 725<br>San Diego, CA 92108-1619 | Shellpoint<br>PO Box 10826<br>Greenville, SC 29603-0826 |
| (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | Taylor Chen<br>1525 MIramonte Ave., #3082<br>Los Altos, CA 94024-9001 | (p)U S ATTORNEY'S OFFICE NORTHERN DISTRICT<br>450 GOLDEN GATE AVENUE<br>9TH FLOOR<br>SAN FRANCISCO CA 94102-3419 |
| Wei Wang<br>No. 3388 Zhoujiazui Rd., Bldg. 8<br>Shanghai, China | Reilly Wilkinson<br>Scheer Law Group<br>155 N Redwood Dr. #100<br>San Rafael, CA 94903-1966 | Y. Roger Yu<br>115 College Ave<br>Mountain View, CA 94040-1512 |
| Kristin A. Zilberstein<br>Padgett Law Group<br>546 Silicon Dr., Suite 103<br>Southlake, TX 76092-7511 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| PNC Bank<br>P.O. Box 1820<br>Dayton, OH 45401 | (d)PNC Bank, NA.<br>Attn: Bankruptcy Dept.<br>3232 Newmark Drive<br>Miamisburg, OH 45342 | State Board of Equalization<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279 |
| U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3400 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Douglas G. Sykes | (u)MCLP Asset Company, Inc. | End of Label Matrix<br>Mailable recipients   27<br>Bypassed recipients    2<br>Total                 29 |