ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Email addresses: nancy@farsadlaw.com;
farsadlaw1@gmail.com

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

In re:

Y. ROGER YU,

                Debtor.

Case No.: 23-50023 MEH
Chapter 13

**EX PARTE MOTION TO FILE DOCUMENTS UNDER SEAL**
**(Confidential Settlement Agreement)**

Judge: M. Elaine Hammond

**TO THE HONORABLE JUDGE M. ELAINE HAMMOND, THE CHAPTER 13 TRUSTEE'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION, ALL PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S) OR RECORD:**

Y. Roger Yu, by and through his attorney of record, FARSAD LAW OFFICE, P.C., hereby files this Ex Parte Motion to File Documents Under Seal. Debtor respectfully moves the Court to issue an administrative order that authorizes the sealing of the following document:

**SETTLEMENT AGREEMENT AND RELEASE ("Agreement")**

This Declaration of Y. Roger Yu ("Declaration") is filed concurrently explaining the nature of this 100% confidential Agreement.

The Agreement contains confidential and sensitive information that might have serious, personal and professional negative consequences for the Debtor and Secured Creditor were it to

be made public. For this reason, the Debtor (as well as the Secured Creditor) hereby request that the Court grant an Order to file the above document under seal. Also, the Parties only settled the subject case on the basis that their Agreement not be made public aka Confidential. Therefore, they would like to request that the Agreement be deemed either Highly Sensitive Material or Document (HSM / HSD) or just a Confidential Document.

Respectfully submitted,

Dated: April 18, 2023

*/s/ Arasto Farsad*
Arasto Farsad, Esq.
Attorneys for Debtor