ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Email addresses: nancy@farsadlaw.com;
farsadlaw1@gmail.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re:

Y. ROGER YU,

        Debtor.

Case No.: 23-50023 MEH
Chapter 13

**DECLARATION OF DEBTOR IN SUPPORT OF EX PARTE MOTION TO FILE DOCUMENTS UNDER SEAL (CONFIDENTIAL SETTLEMENT AGREEMENT)**

Judge: M. Elaine Hammond

I, Y. Roger Yu, am the Debtor in the instant case. I make this declaration on the basis of personal knowledge, and if called to testify as a witness, I would and could testify competently hereto. I declare as follows:

1. I filed the instant case on January 11, 2023 in the Northern District of California.

2. I filed Schedule A listing an interest in a real property located at 115 College Avenue, Mountain View, CA 94040 ("Property").

3. I listed the 1st lienholder to be Shellpoint; the Debtor listed the 2nd lienholder to be Douglas Sykes ("Secured Creditor").

4. In addition to the Property, there are three other parties-Brian Yu ("Brian"), Ben Yu ("Ben"), Harry Yu ("Harry") and Yolanda Jin ("Yolanda")[1]-who have a financial interest in the following properties:

    A. 1047 Cherry Street, San Carlos, CA 94070 ("Cherry Street");

    B. 36500 Alder Court, Fremont, CA 94536 ("Alder"); and

    C. 37591 3rd Street, Fremont, CA 94536 ("3rd Street")[2].

5. Certain disputes had arisen between myself, the Secured Creditor and the Debtor Parties regarding the Properties.

6. On or about April 3, 2023, I, the Debtor Parties and the Secured Creditor reached a confidential Modification and Settlement Agreement ("Agreement") regarding the Secured Creditor's claims involving the Properties. (A true and correct copy of the Agreement shall be promptly filed with the Court once the Court has granted the Application)

7. The terms of this Agreement are 100% confidential as it contains sensitive financial information that I, Debtor Parties and the Secured Creditor ask not to be released publicly.

Therefore, I ask the Court to recognize it would be in the best interest of all parties for the Agreement to be filed under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in <u>Mountain View</u>, California.

Respectfully submitted,

Dated: April 18, 2023

<u>/s/ Y. Roger Yu</u>
Y. Roger Yu
Debtor herein

---

[1] Brian Yu ("Brian"), Ben Yu ("Ben"), Harry Yu ("Harry") and Yolanda Jin ("Yolanda") shall be collectively referred to as the "Debtor Parties".
[2] The Property, Cherry Street, Alder and 3rd Street are collectively referred to as "the Properties"

Declaration of Debtor in Support of
Ex Parte Motion to File Documents Under Seal (Confidential Settlement Agreement) - 2