

The following constitutes the order of the Court.
Signed: April 24, 2023

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Email addresses:
nancy@farsadlaw.com;
farsadlaw1@gmail.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br>Y. ROGER YU,<br><br>　　　　　　Debtor. | Case No.: 23-50023 MEH<br>Chapter 13<br><br>**ORDER GRANTING EX PARTE MOTION TO FILE DOCUMENTS UNDER SEAL (CONFIDENTIAL SETTLEMENT AGREEMENT)**<br><br>Judge: Hon. M. Elaine Hammond |

UPON CONSIDERATION of Debtor's Ex Parte Motion to File Documents Under Seal, including the submitted document(s) and arguments relating thereto, it is hereby ORDERED that the following document is hereby accepted for service under seal and is deemed filed as of the date it was lodged with the Court: **SETTLEMENT AGREEMENT AND RELEASE.**

**END OF ORDER**

# COURT SERVICE LIST
****All Registered CM/ECF Participants****