ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails addresses: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Y. ROGER YU,<br><br>Debtor. | Case No.: 23-50023 MEH<br>Chapter 13<br><br>**NOTICE OF WITHDRAWAL OF OPPOSITION TO MOTIONS FOR RELIEF FROM STAY**<br><br>Date: May 9, 2023<br>Time: 1:30 p.m.<br>Place: U.S. Courthouse, 280 South 1st Street, Courtroom 11, San Jose CA 95113<br><br>**Judge: Hon. M. Elaine Hammond** |

**TO THE HONORABLE JUDGE M. ELAINE HAMMOND, THE CHAPTER 13 TRUSTEE FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION, ALL PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S) OF RECORD:**

**PLEASE TAKE NOTICE THAT** Debtor, Y. Roger Yu ("Debtor"), by and through his counsel of record, Farsad Law Office, P.C., hereby files the instant NOTICE OF WITHDRAWAL OF THE DEBTOR'S OPPOSITION TO MOTION FOR RELIEF FROM STAY (Dkt. No. 41.) This would apply to the Motions filed by Secured Creditor, Douglas G. Sykes, under Dkt. Nos. 19, 22, 27, and 30.

WITHDRAWAL OF OPPOSITION TO
MOTIONS FOR RELIEF FROM STAY
Case No. 23-50023 MEH

| | |
|---|---|
| 1 | The Debtor and creditor settled all claims regarding the subject motion(s) and have a |
| 2 | motion for formal approval of the settlement agreement set for May 11, 2023. |
| 3 | In regards to that settlement, as it has been executed by the Parties, and accordingly and |
| 4 | pursuant to it, the Debtor now withdraws his opposition to the motions for relief from stay. |

DATED: May 3, 2023          Respectfully submitted,

By: */s/ Nancy Weng*
     NANCY WENG, ESQ.
     Attorneys for Debtor

CERTIFICATE OF SERVICE
**No Mail Service Required**