

JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
SCHEER LAW GROUP, LLP
155 N. REDWOOD DRIVE, SUITE 100
SAN RAFAEL, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
DS.200-005S-C

The following constitutes the order of the Court.
Signed: May 8, 2023

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

Attorneys for Movant
Douglas G. Sykes, his successors and/or assignees

UNITED STATES BANKRUPTCY COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Y. ROGER YU,<br><br>　　　　Debtor. | Bk. No. 23-50023-MEH<br><br>Chapter 13<br><br>ORDER VACATING AUTOMATIC STAY |

　　　　The hearing on DOUGLAS G. SYKES, his successors and/or assignees ("**Movant**") motion for relief from automatic stay was scheduled for hearing on May 11, 2023, at 1:30 pm before the Honorable M. Elaine Hammond, United States Bankruptcy Judge. Movant, by and through his counsel, REILLY D. WILKINSON of SCHEER LAW GROUP, LLP and Y. ROGER YU ("**Debtor**"), by and through his counsel of record, NANCY WENG of FARSAD LAW OFFICE, P.C., have settled all claims regarding the property located at **115 College Avenue, Mountain View, CA 94040 ("Property")**. Debtor filed a Withdrawal of Opposition to Motions for Relief from Stay. [*See* Docket No. 81.] FOR GOOD CAUSE

appearing, the Court makes its order as follows:

IT IS ORDERED that the automatic stay in the above entitled proceeding is immediately vacated and extinguished to allow Movant to commence or complete its non-judicial foreclosure pursuant to all existing defaults, including any pre-petition defaults specified under any existing foreclosure, thereafter take possession of the real Property, which is legally described in the Deed of Trust attached to Movant's motion for relief from automatic stay filed in this matter and seek and collect any damages ordered by a Court for the wrongful retention of the Property. Movant shall not be required to wait any additional time to hold its foreclosure sale, as may be required pursuant to Civil Code §2924(g)(d), or Bankruptcy Rule of Procedure 4001(a)(3).

IT IS FURTHER ORDERED that the automatic stay as it pertains to Movant's interest in the subject real Property shall be and is hereby terminated and vacated for all purposes, including the prosecution of appropriate foreclosure remedies, without the requirement of further notice or publication, except as may be required by state law. Movant shall not be required to wait any additional time to proceed with its foreclosure, the provisions of Civil Code §2924g(d) and Federal Rule of Bankruptcy Procedure 4001(a)(3), being hereby waived.

IT IS FURTHER ORDERED that this Order is to be binding upon the Debtor in the event that this bankruptcy is dismissed and Debtor refiles bankruptcy under any chapter within 180 days from the dismissal of the previous bankruptcy, or in the event that this matter is converted to Chapter 7. Any such bankruptcy filing or conversion shall not prevent Movant from proceeding pursuant to this Order.

IT IS FURTHER ORDERED that this Order shall be binding in any other case under this title purporting to affect the subject Property filed within two (2) years of the date of entry of this Order for relief. Movant shall be allowed to proceed with the foreclosure notwithstanding the filing of any bankruptcy by Debtor or any third party filed within two (2) years of the date of entry of this Order for relief. Any Federal, State or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording pursuant to 11 U.S.C. § 362(d)(4).

IT IS FURTHER ORDERED that the Co-Debtor automatic stay of 11 U.S.C. §1301 as it pertains to the Co-Debtor's interest in the subject real Property shall be and is hereby terminated and vacated for all purposes.

APPROVED AS TO FORM AND CONTENT:

DATE: 05/04/2023 /s/ Nancy Weng
NANCY WENG
Attorney for Debtor

**END OF ORDER**

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | **SENIOR LIENHOLDER** |
| 3 | Mortgage Electronic Registration Systems, Inc., solely as nominee for HSBC Bank USA, N.A. |
| 4 | c/o Agent for Service of Process<br>C T Corporation System |
| 5 | 28 Liberty Street<br>New York, NY  10005 |
| 6 | **INTERESTED PARTY** |
| 7 | Ben Yu<br>115 College Avenue |
| 8 | Mountain View, CA 94040 |