Entered on Docket
July 14, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: July 13, 2023

_M. Elaine Hammond_
_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Y. Roger Yu | Case No.: 23-50023-MEH |
| Debtor(s) | Chapter: 13 |

**ORDER REOPENING CASE**

On 7/10/2023, the Clerk's Office closed the above captioned case in error.

In light of the above and good cause appearing, IT IS ORDERED that the above captioned case is reopened.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

ECF Recipients Only