

The following constitutes the order of the Court.
Signed: July 17, 2023

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Y. Roger Yu | Case No.: 23-50023 MEH |
| Debtor(s)/ | Chapter: 13 |

**ORDER VACATING ORDER DISCHARGING TRUSTEE AND FINAL DECREE**

On July 9, 2023, the Clerk's Office entered the Order Discharging Chapter 13 Trustee and Final Decree After Case Completion on the above-captioned case in error.

In light of the above and good cause appearing,

IT IS ORDERED that the Order Discharging Chapter 13 Trustee and Final Decree After Case Completion in the above-captioned case is vacated.

**END OF ORDER**

# COURT SERVICE LIST

All Recipients